IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:08-cv-2838-RPM-KLM

MICHAEL BROWN,

    Plaintiff,

v.

R & R ENGINEERS AND SURVEYORS, INC.,

    Defendant.

_____

### ORDER GRANTING THE PARTIES' STIPULATED MOTION
### FOR DISMISSAL WITH PREJUDICE
_____

Upon consideration of the Parties' "Stipulated Motion for Dismissal With Prejudice" [18], it is

ORDERED that the above-captioned matter is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

SO ORDERED this 18th day of June, 2009.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge